UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **KAWANDA M. CAPERS** | **CIV. ACTION NO. 3:16-01360** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KILOLO KIJAKAZI, ACTING COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 31] having been considered, and the Court having construed the Notice of Dismissal [Doc. No. 32] as a Response to the Report and Recommendation, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Award of Attorney's Fees Under 42 U.S.C. § 406(b) [Doc. No. 24] filed by Alex W. Rankin, attorney for Plaintiff Kawanda Capers, is **DENIED**.

MONROE, Louisiana, this 22nd day of November 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE